IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00951-MSK-MEH

AMERICAN UTILITY METALS, LLC,

        Plaintiff,

v.

MICHAEL T. PRUETT,
JACK F. NORTHART, and
ATLAS STEEL PRODUCTS CO,

        Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

THIS MATTER comes before the Court on the Plaintiff's Amended Complaint **(#7)** filed in response to the Court's Order to Show Cause **(#5)** dated May 15, 2007. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED.**

Dated this 17th day of May, 2007

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge