IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00951-MSK-MEH

AMERICAN UTILITY METALS, LLC,

      Plaintiff,

v.

MICHAEL T. PRUETT,
JACK F. NORTHART, and
ATLAS STEEL PRODUCTS CO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 12, 2007.**

Plaintiff's *Ex Parte* Motion for Counsel to Appear for the August 17, 2007, Status Conference by Telephone [Filed July 10, 2007; Docket #29] is **denied without prejudice**. The Minute Order setting the Scheduling Conference requires that the proposed scheduling order be submitted to Chambers before permission is granted. The Minute Order also directs counsel to contact Chambers at 303-844-4507 if appearance by telephone is desired, rather than filing a motion.

In addition, counsel for Defendants have entered appearances. Thus, there is no basis under the Local Rules for an *ex parte* motion.