IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00951-MSK-MEH

AMERICAN UTILITY METALS, LLC,

      Plaintiff,

v.

MICHAEL T. PRUETT,
JACK F. NORTHART, and
ATLAS STEEL PRODUCTS CO,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2008.**

Based upon the parties' agreement, and the entire record herein, the Unopposed Joint Motion for Entry of Stipulated Protective Order [Filed October 11, 2007; Docket #43] is **granted** as specified herein. Paragraph Eight of the Proposed Order does not comply with the Local Rules regarding confidential documents filed with the Court. The Court will modify paragraph eight, sign the Protective Order, and enter it on the record.