UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-cv-00951-LTB-MEH
AMERICAN UTILITY METALS, LLC

   **Plaintiff,**

VS.

**MICHAEL T. PRUETT,**
**JACK F. NORTHART, AND**
**ATLAS STEEL PRODUCTS CO.**

   **Defendants.**

___

**CONSENT DECREE**
___

   Upon the Joint Motion of American Utility Metals, L.L.C., and Jack F. Northart, and considering the compromise and settlement of the claims between such parties in this case, and the consent of the parties as evidenced by their signatures below;

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Jack F. Northart be, and he is hereby enjoined for a period of two years, commencing as of December 3, 2007, from competing against the business of American Utility Metals, L.L.C., which business consists of the marketing and sale of 3CR12 stainless steel (also known as "Cromguard") throughout the continental United States, and North and South America (the "Geographic Area"). Northart shall not compete in any manner during this two year period in the business of selling 3CR 12 stainless steel within the Geographic Area. The term "compete in an manner" shall include, but is not limited to: (i) entering into an employment agreement with any business which engages in the business of selling 3CR12 stainless steel within the Geographic Area; (ii) working or performing services as a consultant or

independent contractor for any business which engages in the business of selling 3CR12 stainless within the Geographic Area; (iii) carrying on or engaging in a business as a sole proprietor, as a stockholder, partner, limited liability company member, or otherwise, which engages in the business of selling 3CR12 stainless steel within the Geographic Area. Notwithstanding anything to the contrary herein, and with the exception of the agreed upon prohibited sales of 3CR12 stainless steel, Mr. Northart shall be permitted to sell other metal or steel products in the Geographic Area. This injunction shall terminate by its own terms on December 3, 2009, provided that Northart has not theretofore violated the terms hereof. This Court shall retain jurisdiction of this matter to the extent necessary to enforce the terms of this Decree.

JUDGMENT READ, RENDERED AND SIGNED on this   20th   day of February, 2008, at Denver, Colorado.


                        s/Lewis T. Babcock
                 HONORABLE LEWIS T. BABCOCK
            JUDGE, UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO


**Agreed as to content and form:**

American Utility Metals, LLC

   S/ George M. Schaffer                      S/ Jack F. Northart
By:   George M. Schaffer                       Jack F. Northart
Its:   Member

| | |
|---|---|
| S/ Dale R. Baringer | S/ Mark D. Francis |
| Dale R. Baringer (#2773) | Mark D. Francis (#27885) |
| **THE BARINGER LAW FIRM, LLC** | 5825 Delmonico Drive, Suite #300 |
| 918 Government Street | Colorado Springs, CO 80919 |
| Baton Rouge, LA 70802-6095 | Telephone: (719) 265-6900 |
| Telephone: (225) 383-9953 | Facsimile: (719) 228-6590 |
| Facsimile: (225) 387-3198 | mdfesq@earthlink.net |
| dale@baringerlawfirm.com | *Counsel for defendant Jack F. Northart* |
| *Counsel for plaintiff American Utility Metals* | |