# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**Civil Action No. 07-cv-00951-LTB-MEH**
**AMERICAN UTILITY METALS, LLC**

        **Plaintiff,**

**VS.**

**MICHAEL T. PRUETT,**
**JACK F. NORTHART, AND**
**ATLAS STEEL PRODUCTS CO.**

        **Defendants.**

_____

## CONSENT DECREE
_____

Upon the Joint Motion of American Utility Metals, L.L.C. and Michael T. Pruett and considering the compromise and settlement of the claims between such parties, and the consent of the parties as evidenced by their signatures below;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Michael T. Pruett be, and he is hereby enjoined for a period of two years, commencing as of April 3, 2007, from competing against the business of American Utility Metals, L.L.C., which business consists of the marketing and sale of 3CR12 stainless steel (also known as "Cromguard") throughout the continental United States, and North and South America (the "Geographic Area"). Pruett shall not compete in any manner during this two year period in the business of selling 3CR 12 stainless steel within the Geographic Area. The terms "compete in an manner" shall include, but is not limited to: (i) entering into an employment agreement with any business which engages in the business of selling 3CR12 stainless steel within the Geographic Area; (ii) working or performing services as a consultant or independent

contractor for any business which engages in the business of selling 3CR12 stainless within the Geographic Area; (iii) carrying on or engaging in a business as a sole proprietor, as a stockholder, partner, limited liability company member, or otherwise, which engages in the business of selling 3CR12 stainless steel within the Geographic Area. This injunction shall terminate by its own terms on April 3, 2009, provided that Michael T. Pruett has not theretofore violated the terms hereof. This Court shall retain jurisdiction of this matter to the extent necessary to enforce the terms of this Judgment.

JUDGMENT READ, RENDERED AND SIGNED on this __20th__ day of February, 2008, at Denver, Colorado.

_____s/Lewis T. Babcock_____
HONORABLE LEWIS T. BABCOCK
JUDGE, UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO


**Agreed as to content and form:**

American Utility Metals, LLC

_____S/ George M. Schaffer_____    _____S/ Michael T. Pruett_____
By: George M. Schaffer       Michael T. Pruett
Its: Member

_____S/ Dale R. Baringer_____     _____S/ Mark D. Francis_____
Dale R. Baringer (#2773)       Mark D. Francis (#27885)
**THE BARINGER LAW FIRM, LLC**    5825 Delmonico Drive, Suite #300
918 Government Street       Colorado Springs, CO 80919
Baton Rouge, LA 70802-6095     Telephone: (719) 265-6900
Telephone: (225) 383-9953      Facsimile: (719) 228-6590
Facsimile: (225) 387-3198       mdfesq@earthlink.net
dale@baringerlawfirm.com      *Counsel for defendant Jack F. Northart*
*Counsel for plaintiff American Utility Metals, LLC*