**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 07-cv-00951-LTB-MEH
AMERICAN UTILITY METALS, LLC

    **Plaintiff,**

VS.

**MICHAEL T. PRUETT,**
**JACK F. NORTHART, AND**
**ATLAS STEEL PRODUCTS CO.**

    **Defendants.**

ORDER

CONSIDERING the *Joint Motion for Entry of Consent Decree and Dismissal of Remaining Claims Between Plaintiff and Defendants, Pruett and Atlas Steel Products Co.*, the representations and stipulations therein showing that plaintiff, American Utility Metals, L.L.C., and defendants, Michael T. Pruett and Atlas Steel Products Co. have reached an agreement as to the settlement of all claims between and among them in this matter;

IT IS HEREBY ORDERED that all remaining claims between and among plaintiff, American Utility Metals, L.L.C., and defendants, Michael T. Pruett and Atlas Steel Products Co., be and they are hereby dismissed, with prejudice, reserving to this Court, however, continuing jurisdiction with respect to (i) the Stipulated Protective Order [Docket # 51], (ii) the Consent Decree entered by this Court as to the parties named herein [Docket # 56], and (iii) the enforcement of the settlement agreement entered into between the parties named herein.

IT IS HEREBY FURTHER ORDERED that all claims between plaintiff and defendant, Jack F. Northart, are reserved to such parties for separate disposition by this Court.

SO ORDERED this  20th  day of February, 2008, at Denver Colorado.

  s/Lewis T. Babcock  
UNITED STATES DISTRICT JUDGE